**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Emily C. Beecham, Esq. (SBN: 315462)
emily@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff*,
Paul Garcia

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| **PAUL GARCIA,**<br><br>           **Plaintiff,**<br><br>        v.<br><br>**OCWEN LOAN SERVICING, LLC,**<br><br>           **Defendant.** | Case No.: 2:17-cv-03514-R-SK<br><br>**NOTICE OF SETTLEMENT**<br><br>Assigned to: Hon. Manuel L. Real |

**TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that a settlement has been reached in the above-captioned matter. Plaintiff respectfully requests that this Court vacate all pending hearing dates and allow the parties thirty (60) days to file dispositional papers. The parties anticipate prompt resolution of the settlement, and a Request for Dismissal is forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Dated:  May 22, 2018                                              Respectfully Submitted,

                                                                                  **KAZEROUNI LAW GROUP, APC**

                                                                                  By: */s Emily C. Beecham*
                                                                                          EMILY C. BEECHAM, ESQ.
                                                                                          *Attorney for Plaintiff*

Case No.: 2:17-cv-03514-R-SK            1 of 1            *Garcia v. Ocwen Loan Servicing, LLC*
**NOTICE OF SETTLEMENT**