# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL GARCIA,<br><br>      Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>      Defendant. | Case No.: 2:17-cv-03514-R-SK<br><br>**ORDER GRANTING STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

IT IS HEREBY ORDERED, pursuant to the Stipulation of Plaintiff Paul Garcia and Defendant Ocwen Loan Servicing, LLC (collectively "the Parties"), that:

1. The above-captioned action is hereby dismissed in its entirety with prejudice as to Plaintiff's individual claims, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii); and
2. The Parties are to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: October 1, 2018

Hon. Manuel L. Real
United States District Judge